# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**GLORIA MICHELLE SELF**                                                                  **PLAINTIFF**

**V.**                                                  **NO. 3:16-CV-00056-DMB-JMV**

**BOYD TUNICA, INC.**                                                  **DEFENDANT**

## ORDER

On May 9, 2016, the parties filed a Stipulation of Dismissal, signed by Plaintiff and Defendant,[1] stipulating "to the voluntary dismissal of the above-styled suit, *with prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)." Doc. #42 (emphasis in original). Accordingly, the Clerk of Court is **DIRECTED** to close this case on the Court's docket.

**SO ORDERED**, this 16th day of May, 2016.

                                                                    **/s/ Debra M. Brown**
                                                                    **UNITED STATES DISTRICT JUDGE**

---

[1] Boyd Tunica, Inc., is the only remaining defendant since Boyd Gaming Corporation was dismissed on December 28, 2015. *See* Doc. #36.